UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KEVIN JONES §<br>   TDCJ-CID #04030943 §<br> §<br>v. §<br> §<br>OFFICER SCHULTZ, ET AL. § | C.A. NO. C-04-109 |

## MEMORANDUM OPINION AND ORDER GRANTING ASSISTANT ATTORNEY GENERAL PATRICK BREZIK'S MOTION TO QUASH

On August 9, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 60). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, the Court grants Mr. Brezik's motion (D.E. 59) and quashes the attempted service against Mr. Brezik.

ORDERED this   1   day of   September  , 2005.

_____
HAYDEN HEAD
CHIEF JUDGE